APPEAL,CAT B,CLOSED

# U.S. District Court
## District of Columbia (Washington, DC)
## CRIMINAL DOCKET FOR CASE #: <u>1:21–cr–00569–TNM</u> All Defendants

Case title: USA v. BENTON et al                         Date Filed: 09/09/2021

Assigned to: Judge Trevor N.
McFadden

**<u>Defendant (1)</u>**

**JESSE R. BENTON**                represented by   **Brian W. Stolarz**
                                                    NORTON ROSE FULBRIGHT US LLP
                                                    799 9th Street NW
                                                    Suite 1000
                                                    Washington, DC 20001
                                                    202–662–0309
                                                    Fax: 202–662–4643
                                                    Email: brian.stolarz@nortonrosefulbright.com
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*
                                                    *Designation: Retained*

                                                    **David Alan Warrington**
                                                    2121 Eisenhower Avenue, Suite 608
                                                    Alexandria, VA 22314
                                                    703–328–5369
                                                    Email: DWarrington@dhillonlaw.com
                                                    *TERMINATED: 03/02/2022*
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*
                                                    *Designation: Retained*

                                                    **Michael Andrew Columbo**
                                                    DHILLON LAW GROUP, INC.
                                                    177 Post Street
                                                    Suite 700
                                                    San Francisco, CA 94108
                                                    415–433–1700
                                                    Email: mcolumbo@dhillonlaw.com
                                                    *TERMINATED: 03/02/2022*
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*
                                                    *Designation: Retained*

                                                    **Stephanie Metherall**
                                                    NORTON ROSE FULBRIGHT US LLP
                                                    799 9th Street NW
                                                    Suite 1000

Washington, DC 20001
202–662–4533
Email: stephanie.metherall@nortonrosefulbright.com
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| **Pending Counts** | **Disposition** |
|---|---|
| 18 U.S.C. §371; CONSPIRACY TO DEFRAUD THE UNITED STATES; Conspiracy (1) | Defendant sentenced to a term of Eighteen (18) Months of Incarceration, to run concurrently with Counts 2, 3, 4, 5, 6, followed by a term of Twenty–Four (24) Months of Supervised Release, to run concurrently with Counts 2, 3, 4, 5, 6. $100 Special Assessment imposed. $10,000.00. Fine imposed. 11/17/2022: JURY VERDICT OF GUILTY |
| 52 U.S.C. § 30121 and§ 30109(d)(l)(A)(i); 18 U.S.C. § 2; FEDERAL STATUTES, OTHER; Contributions by Foreign Nationals and Aiding and Abetting (2) | Defendant sentenced to a term of Eighteen (18) Months of Incarceration, to run concurrently with Counts 1, 3, 4, 5, 6, followed by a term of Twenty–Four (24) Months of Supervised Release, to run concurrently with Counts 1, 3, 4, 5, 6. $100 Special Assessment imposed. $10,000.00. Fine imposed. 11/17/2022: JURY VERDICT OF GUILTY |
| 52 U.S.C. § 30122 and§ 30109(d)(l)(A)(i); 18 U.S.C. § 2; FEDERAL STATUTES, OTHER; Contributions in the Name of Another and Aiding and Abetting (3) | Defendant sentenced to a term of Eighteen (18) Months of Incarceration, to run concurrently with Counts 1, 2, 4, 5, 6, followed by a term of Twenty–Four (24) Months of Supervised Release, to run concurrently with Counts 1, 2, 4, 5, 6. $100 Special Assessment imposed. $10,000.00. Fine imposed. 11/17/2022: JURY VERDICT OF GUILTY |
| 18 U.S.C. § 1519 and § 2; DESTRUCTION, ALTERATION OR FALSIFICATION OF RECORDS IN FEDERAL INVESTIGATIONS; Causing False Records and Aiding and Abetting (4) | Defendant sentenced to a term of Eighteen (18) Months of Incarceration, to run concurrently with Counts 1, 2, 3, 5, 6, followed by a term of Twenty–Four (24) Months of Supervised Release, to run concurrently with Counts 1, 2, 3, 5, 6. $100 Special Assessment imposed. $10,000.00. Fine imposed. 11/17/2022: JURY VERDICT OF GUILTY |
| 18 U.S.C. § 1519 and § 2; DESTRUCTION, ALTERATION OR FALSIFICATION OF RECORDS IN FEDERAL INVESTIGATIONS; Causing False Records and Aiding and Abetting (5) | Defendant sentenced to a term of Eighteen (18) Months of Incarceration, to run concurrently with Counts 1, 2, 3, 4, 6, followed by a term of Twenty–Four (24) Months of Supervised Release, to run concurrently with Counts 1, 2, 3, 4, 6. $100 Special Assessment imposed. $10,000.00. Fine imposed. 11/17/2022: JURY VERDICT OF GUILTY |
| 18 U.S.C. § 1519 and § 2; DESTRUCTION, ALTERATION OR | Defendant sentenced to a term of Eighteen (18) Months of Incarceration, to run concurrently with Counts 1, 2, 3, 4, 5, followed by a term of Twenty–Four (24) |

| | |
|---|---|
| FALSIFICATION OF RECORDS IN FEDERAL INVESTIGATIONS; Causing False Records and Aiding and Abetting (6) | Months of Supervised Release, to run concurrently with Counts 1, 2, 3, 4, 5. $100 Special Assessment imposed. $10,000.00. Fine imposed. 11/17/2022: JURY VERDICT OF GUILTY |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

Assigned to: Judge Trevor N. McFadden

**Defendant (2)**

| | | |
|---|---|---|
| **ROY DOUGLAS WEAD** *TERMINATED: 12/23/2021* *also known as* DOUG *TERMINATED: 12/23/2021* | represented by | **Jane Serene Raskin** RASKIN & RASKIN, P.A. 2525 Ponce De Leon Boulevard Suite 300 Coral Gables, FL 33134 305–444–3400 Email: jraskin@raskinlaw.com *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* *Designation: Retained* |
| | | **Jay Alan Sekulow** CONSTITUTIONAL LITIGATION AND ADVOCACY GROUP, P.C. 1701 Pennsylvania Avenue, N.W. Suite 200 Washington, DC 20002 (202) 248–5407 Fax: (202) 546–9309 Email: sekulow@aclj.org *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* *Designation: Retained* |

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Opening)**

None

| **Terminated Counts** | **Disposition** |
|---|---|
| 18 U.S.C. §371; CONSPIRACY TO DEFRAUD THE UNITED STATES; Conspiracy (1) | DISMISSED BY MOTION OF THE GOVERNMENT. |
| 52 U.S.C. § 30121 and§ 30109(d)(l)(A)(i); 18 U.S.C. § 2; FEDERAL STATUTES, OTHER; Contributions by Foreign Nationals and Aiding and Abetting (2) | DISMISSED BY MOTION OF THE GOVERNMENT. |
| 52 U.S.C. § 30122 and§ 30109(d)(l)(A)(i); 18 U.S.C. § 2; FEDERAL STATUTES, OTHER; Contributions in the Name of Another and Aiding and Abetting (3) | DISMISSED BY MOTION OF THE GOVERNMENT. |
| 18 U.S.C. § 1519 and § 2; DESTRUCTION, ALTERATION OR FALSIFICATION OF RECORDS IN FEDERAL INVESTIGATIONS; Causing False Records and Aiding and Abetting (4–6) | DISMISSED BY MOTION OF THE GOVERNMENT. |

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
|---|---|
| None | |

---

**Plaintiff**

| **USA** | represented by | **Michelle Parikh** |
|---|---|---|
| | | DOJ–CRM |
| | | 1331 F Street NW |
| | | Washington, DC 20005 |
| | | 202–353–0726 |
| | | Email: michelle.parikh@usdoj.gov |

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant U.S. Attorney*

**Michelle Wasserman**
DOJ–USAO
555 4th Street, NW
Washington, DC 20001
619–546–8431
Email: michelle.wasserman@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant U.S. Attorney*

**Rebecca G. Ross**
DOJ–CRM
Public Integrity Section
1301 New York Avenue
Floor 10
Washington, DC 20530
202–307–3033
Email: Rebecca.Ross2@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant U.S. Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/09/2021 | 1 | INDICTMENT as to JESSE R. BENTON (1) count(s) 1, 2, 3, 4–6, ROY DOUGLAS WEAD (2) count(s) 1, 2, 3, 4–6. (zltp) (Entered: 09/13/2021) |
| 09/09/2021 | 3 | MOTION to Seal Case by USA as to JESSE R. BENTON, ROY DOUGLAS WEAD. (Attachments: # 1 Text of Proposed Order)(zltp) (Entered: 09/13/2021) |
| 09/09/2021 | 4 | ORDER granting 3 Motion to Seal Case as to JESSE R. BENTON (1), ROY DOUGLAS WEAD (2). Signed by Magistrate Judge Zia M. Faruqui on 9/9/2021. (zltp) (Entered: 09/13/2021) |
| 09/15/2021 | 7 | Summons Returned Executed on 9/15/2021 as to JESSE R. BENTON (zltp) (Entered: 09/16/2021) |
| 09/15/2021 | 8 | Summons Returned Executed on 9/15/2021 as to ROY DOUGLAS WEAD (zltp) (Entered: 09/16/2021) |
| 09/20/2021 | | ORAL MOTION to Unseal Case by USA as to JESSE R. BENTON. (ztl) (Entered: 09/22/2021) |
| 09/20/2021 | | Minute Entry for proceedings held before Magistrate Judge Zia M. Faruqui: Initial Appearance/Arraignment held on 9/20/2021 as to Counts 1,2,3,4–6. Plea of Not Guilty entered as to all counts. Defendant present by video. Due Process Order given to the Government. Oral Motion by the Government to Unseal Case as to JESSE R. BENTON (1); heard and granted. Defendant placed on Standard Conditions of Release/$25,000 surety bond. Status Hearing set for 10/5/2021 at 10:00 AM by Telephonic/VTC before Judge Trevor N. McFadden. Bond Status of Defendant: |

| | | |
|---|---|---|
| | | Defendant Remain on Personal Recognizance; Court Reporter: FTR–Gold; FTR Time Frame: Ctrm 4: [1:52:36–(2:21:28–2:59:29)–3:06:23]; Defense Attorney: David Warrington and Michael Columbo; US Attorney: Rebecca Ross, Michelle Parikh and Michelle Wasserman; Pretrial Officer: Andre Sidbury. (ztl) Modified on 9/22/2021 (ztl). (Entered: 09/22/2021) |
| 09/20/2021 | | Case unsealed as to JESSE R. BENTON (1). (ztl) (Entered: 09/22/2021) |
| 09/20/2021 | | ORAL MOTION to Unseal Case by USA as to ROY DOUGLAS WEAD(2). (ztl) (Entered: 09/22/2021) |
| 09/20/2021 | | Minute Entry for proceedings held before Magistrate Judge Zia M. Faruqui: Initial Appearance/Arraignment held on 9/20/2021 as to Counts 1,2,3,4–6. Plea of Not Guilty entered as to all counts. Defendant present by video. Due Process Order given to the Government. Oral Motion by the Government to Unseal Case as to ROY DOUGLAS WEAD (2); heard and granted. Defendant placed on Standard Conditions of Release. Status Hearing set for 10/5/2021 at 10:00 AM by Telephonic/VTC before Judge Trevor N. McFadden. Bond Status of Defendant: Defendant Remain on Personal Recognizance; Court Reporter: FTR–Gold; FTR Time Frame: Ctrm 4: [1:52:36–(2:21:28–2:59:29)–3:06:23]; Defense Attorney: Jane Raskin and Jay Sekulow; US Attorney: Rebecca Ross, Michelle Parikh and Michelle Wasserman; Pretrial Officer: Andre Sidbury. (ztl) (Entered: 09/22/2021) |
| 09/20/2021 | | Case unsealed as to ROY DOUGLAS WEAD (2). (ztl) (Entered: 09/22/2021) |
| 09/20/2021 | 9 | ORDER Setting Conditions of Release as to JESSE R. BENTON (1) Personal Recognizance. Signed by Magistrate Judge Zia M. Faruqui on 9/20/2021. (Attachment: # 1 Appearance Bond) (ztl) (Entered: 09/22/2021) |
| 09/20/2021 | 10 | ORDER Setting Conditions of Release as to ROY DOUGLAS WEAD (2) Personal Recognizance. Signed by Magistrate Judge Zia M. Faruqui on 9/20/2021. (Attachment: # 1 Appearance Bond) (ztl) (Entered: 09/22/2021) |
| 09/23/2021 | 11 | NOTICE OF ATTORNEY APPEARANCE Rebecca G. Ross appearing for USA. (Ross, Rebecca) (Entered: 09/23/2021) |
| 09/23/2021 | 12 | NOTICE OF ATTORNEY APPEARANCE Michelle Wasserman appearing for USA. (Wasserman, Michelle) (Entered: 09/23/2021) |
| 09/23/2021 | 13 | NOTICE OF ATTORNEY APPEARANCE: David Alan Warrington appearing for JESSE R. BENTON (Warrington, David) (Entered: 09/23/2021) |
| 09/23/2021 | 14 | NOTICE OF ATTORNEY APPEARANCE: Jay Alan Sekulow appearing for ROY DOUGLAS WEAD (Sekulow, Jay) (Entered: 09/23/2021) |
| 09/24/2021 | 15 | NOTICE OF ATTORNEY APPEARANCE: Michael Andrew Columbo appearing for JESSE R. BENTON (Columbo, Michael) Modified text to remove unassociated defendant on 9/27/2021 (zltp). (Entered: 09/24/2021) |
| 09/27/2021 | 16 | MOTION for Protective Order by USA as to JESSE R. BENTON, ROY DOUGLAS WEAD. (Attachments: # 1 Proposed Order)(Ross, Rebecca) (Entered: 09/27/2021) |
| 09/28/2021 | 17 | ORDER as to JESSE R. BENTON (1) and ROY DOUGLAS WEAD (2) granting the government's 16 Motion for Protective Order. See attached Order for details. Signed by Judge Trevor N. McFadden on 9/28/2021. (lcntm3) (Entered: 09/28/2021) |
| 10/01/2021 | 18 | |

| | | |
|---|---|---|
| | | Unopposed MOTION to Modify Conditions of Release by JESSE R. BENTON. (Attachments: # 1 Exhibit Exhibit A to Motion to Modify Conditions of Release, # 2 Declaration Declaration of David A Warrington, # 3 Text of Proposed Order Proposed Order)(Warrington, David) (Entered: 10/01/2021) |
| 10/01/2021 | 19 | ORDER as to Jesse R. Benton (1) granting defendant's 18 Unopposed Motion to Modify Conditions of Release. In place of the surety bond required by the Court's 9 Order, defendant shall execute and provide to the Clerk, within 14 days of this Order, an Appearance Bond. The bond shall remain at $25,000 secured by a deposit with the clerk in the amount of $2,500. See attached Order for details. SO ORDERED. Signed by Judge Trevor N. McFadden on 10/1/2021. (lctnm3) (Entered: 10/01/2021) |
| 10/05/2021 | 21 | NOTICE OF ATTORNEY APPEARANCE: Jane Serene Raskin appearing for ROY DOUGLAS WEAD (Raskin, Jane) (Entered: 10/05/2021) |
| 10/05/2021 | | MINUTE ORDER as to JESSE R. BENTON (1) and ROY DOUGLAS WEAD (2). Consistent with the Due Process Protections Act, and as stated at the hearing held before Judge McFadden, the Court ORDERS that all government counsel shall review their disclosure obligations under *Brady v. Maryland*, 373 U.S. 83 (1963), and its progeny, as set forth in Local Criminal Rule 5.1, and comply with those provisions. The failure to comply could result in dismissal of the indictment or information, dismissal of individual charges, exclusion of government evidence or witnesses, continuances, Bar discipline, or any other remedy that is just under the circumstances. SO ORDERED. Signed by Judge Trevor N. McFadden on 10/5/2021. (lctnm3) (Entered: 10/05/2021) |
| 10/05/2021 | | Minute Entry for proceedings held before Judge Trevor N. McFadden: Status Conference as to JESSE R. BENTON (1), ROY DOUGLAS WEAD (2) held via videoconference on 10/5/2021. Due Process Protections Act read into the record by the Court. Pretrial Conference set for 4/14/2022 at 10:00 AM in Courtroom 2– In Person before Judge Trevor N. McFadden. Jury Selection/Jury Trial set for 5/9/2022 at 9:00 AM in Ceremonial Courtroom before Judge Trevor N. McFadden. A further VTC Status Conference is set for 12/17/2021 at 10:00 AM before Judge Trevor N. McFadden. Time under the Speedy Trial Act is tolled from 10/5/2021 to 12/17/2021, in the interests of justice. Bond Status of Defendants: Personal Recognizance. Defense Attorneys: (1): David A. Warrington, (2): Jay A. Sekulow and Jane S. Raskin; US Attorneys: Michelle Parikh, Michelle Wasserman, Rebecca G. Ross; Court Reporter: Lisa Edwards. (hmc) (Entered: 10/05/2021) |
| 12/17/2021 | | Minute Entry for proceedings held before Judge Trevor N. McFadden: Status Conference as to JESSE R. BENTON (1), ROY DOUGLAS WEAD (2) held via videoconference on 12/17/2021. Counsel for ROY DOUGLAS WEAD (2) stated that the defendant is deceased. 404(b) evidence should be turned over by 2/14/2022. Motions related to 404(b) evidence should follow the motions schedule. Motions in Limine, Motions to Suppress, Motions to Dismiss, expert notices due by 3/7/2022, Oppositions due by 3/21/2022, Replies due by 4/4/2022. Joint Proposed Voir Dire and Joint Proposed Jury Instructions due by 4/4/2022. Speedy Trial Excludable (XT) started 12/17/2021 through 4/14/2022, in the interest of justice. Bond Status of Defendant JESSE R. BENTON (1): Personal Recognizance. Defense Attorneys: (1): David A. Warrington, (2): Jane S. Raskin; US Attorneys: Michelle Parikh, Michelle Wasserman, Rebecca G. Ross; Court Reporter: Lisa Bankins. (hmc) (Entered: 12/17/2021) |
| 12/23/2021 | 23 | |

| | | |
|---|---|---|
| | | MOTION to Dismiss Case *(Abate Prosecution)* by USA as to ROY DOUGLAS WEAD. (Attachments: # 1 Text of Proposed Order)(Ross, Rebecca) (Entered: 12/23/2021) |
| 12/23/2021 | 24 | ORDER granting 23 Motion to Dismiss as to ROY DOUGLAS WEAD (2). See attached Order for details. Signed by Judge Trevor N. McFadden on 12/23/21. (lctnm2) (Entered: 12/23/2021) |
| 12/23/2021 | | DISMISSAL OF COUNTS 1, 2, 3, 4–6 on Government's Motion as to ROY DOUGLAS WEAD. (zhsj) (Entered: 01/10/2022) |
| 02/04/2022 | 25 | NOTICE *of In Camera, Ex Parte, Under Seal Motion and Memorandum of Law* by USA as to JESSE R. BENTON, ROY DOUGLAS WEAD (Ross, Rebecca) (Entered: 02/04/2022) |
| 02/10/2022 | 26 | ORDER as to JESSE R. BENTON (1), ROY DOUGLAS WEAD (2) re 25 Notice of Classified Filing and granting the Government's Ex Parte, In Camera, Under Seal Motion for a Protective Order. Signed by Judge Trevor N. McFadden on 2/10/22. (lctnm2) (Entered: 02/10/2022) |
| 02/15/2022 | 27 | NOTICE OF ATTORNEY APPEARANCE: Brian W. Stolarz appearing for JESSE R. BENTON (Stolarz, Brian) (Entered: 02/15/2022) |
| 02/22/2022 | 28 | Consent MOTION for Hearing */Status Conference* by JESSE R. BENTON. (Attachments: # 1 Text of Proposed Order)(Stolarz, Brian) (Entered: 02/22/2022) |
| 02/22/2022 | | MINUTE ORDER granting 28 Consent Motion for Hearing/Status Conference as to JESSE R. BENTON (1). A Status Conference is set for 2/28/2022 at 10:00 AM before Judge Trevor N. McFadden. The hearing will be held via videoconference. Signed by Judge Trevor N. McFadden on 2/22/2022. (hmc) (Entered: 02/22/2022) |
| 02/25/2022 | 29 | MOTION to Compel *Notice and Discovery* by USA as to JESSE R. BENTON, ROY DOUGLAS WEAD. (Attachments: # 1 Text of Proposed Order)(Ross, Rebecca) (Entered: 02/25/2022) |
| 02/28/2022 | | Minute Entry for proceedings held before Judge Trevor N. McFadden: Status Conference as to JESSE R. BENTON (1) held via videoconference on 2/28/2022. The Jury Trial previously set for 5/9/2022 and all other trial related deadlines and hearings are vacated. Motions in Limine, Motions to Dismiss, expert notices due by 7/29/2022. Oppositions due by 8/19/2022. Replies due by 9/9/2022. Motion Hearing set for 9/23/2022 at 10:00 AM in Courtroom 2– In Person before Judge Trevor N. McFadden. Joint Proposed Voir Dire and Joint Proposed Final Jury Instructions due by 10/14/2022. Pretrial Conference set for 10/28/2022 at 10:00 AM in Courtroom 2– In Person before Judge Trevor N. McFadden. Jury Selection/Jury Trial set for 11/9/2022 at 9:00 AM in the Ceremonial Courtroom before Judge Trevor N. McFadden. Speedy Trial Excludable (XT) started 4/14/2022 through 10/28/2022, in the interest of justice. Bond Status of Defendant: Personal Recognizance. Defense Attorney: Brian W. Stolarz; US Attorney: Rebecca G. Ross; Court Reporter: Lisa Moreira. (hmc) (Entered: 02/28/2022) |
| 03/02/2022 | 31 | MOTION to Withdraw as Attorney by David Warrington, Michael Columbo. by JESSE R. BENTON as to JESSE R. BENTON, ROY DOUGLAS WEAD. (Warrington, David) (Entered: 03/02/2022) |
| 03/02/2022 | | MINUTE ORDER granting Defendant's 31 Motion to Withdraw as Attorney. Attorneys David Warrington and Michael Columbo no longer represent Defendant. SO |

| | | |
|---|---|---|
| | | ORDERED. Signed by Judge Trevor N. McFadden on 3/2/2022. (lctnm3) (Entered: 03/02/2022) |
| 07/29/2022 | 32 | MOTION in Limine *to Admit Evidence* by USA as to JESSE R. BENTON, ROY DOUGLAS WEAD. (Attachments: # 1 Exhibit)(Ross, Rebecca) (Entered: 07/29/2022) |
| 07/29/2022 | 33 | ENTERED IN ERROR.....Memorandum in Opposition by JESSE R. BENTON as to JESSE R. BENTON, ROY DOUGLAS WEAD re 32 Motion in Limine (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3)(Stolarz, Brian) Modified on 8/1/2022 (zstd). (Entered: 07/29/2022) |
| 07/29/2022 | 34 | MOTION to Dismiss Case */Indictment* by JESSE R. BENTON. (Stolarz, Brian) (Entered: 07/29/2022) |
| 07/29/2022 | | NOTICE OF ERROR as to JESSE R. BENTON regarding 33 Memorandum in Opposition,. The following error(s) need correction: Incorrect case number. Please refile. (zstd) (Entered: 08/01/2022) |
| 08/01/2022 | 35 | Memorandum in Opposition by JESSE R. BENTON re 32 Motion in Limine (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3)(Stolarz, Brian) (Entered: 08/01/2022) |
| 08/19/2022 | 36 | Memorandum in Opposition by JESSE R. BENTON re 32 Motion in Limine *To Admit Evidence* (Stolarz, Brian) (Entered: 08/19/2022) |
| 08/19/2022 | 37 | RESPONSE by USA as to JESSE R. BENTON re 34 MOTION to Dismiss Case */Indictment* (Ross, Rebecca) (Entered: 08/19/2022) |
| 08/19/2022 | 38 | RESPONSE by USA as to JESSE R. BENTON, ROY DOUGLAS WEAD re: 35 Defendant's Opposition to Government's Rule 404(b) Notice (Attachments: # 1 Exhibit A, # 2 Exhibit B–F)(Wasserman, Michelle) Modified text and linkage on 8/22/2022 (zltp). (Entered: 08/19/2022) |
| 09/09/2022 | 39 | REPLY in Support by JESSE R. BENTON re 34 MOTION to Dismiss Case */Indictment* (Stolarz, Brian) (Entered: 09/09/2022) |
| 09/09/2022 | 40 | MOTION for Leave to Appear by Telephone *for September 23, 2022 Motions Hearing or to Waive Presence* by JESSE R. BENTON. (Attachments: # 1 Text of Proposed Order)(Stolarz, Brian) (Entered: 09/09/2022) |
| 09/09/2022 | 41 | REPLY in Support by USA as to JESSE R. BENTON, ROY DOUGLAS WEAD re 32 MOTION in Limine *to Admit Evidence* (Wasserman, Michelle) (Entered: 09/09/2022) |
| 09/12/2022 | | MINUTE ORDER granting in part the 40 Motion for Leave to Appear by Telephone or to Waive Presence as to JESSE R. BENTON. The Court declines the Defendant's request to appear telephonically, but grants the Motion by allowing the Defendant to waive his presence at the September 23 hearing. SO ORDERED. Signed by Judge Trevor N. McFadden on 9/12/2022. (lctnm3) (Entered: 09/12/2022) |
| 09/23/2022 | | Minute Entry for proceedings held before Judge Trevor N. McFadden: Motion Hearing as to JESSE R. BENTON (1) held on 9/23/2022. Defendant's 34 Motion to Dismiss Case */Indictment*, denied. Government's 32 Motion in Limine *to Admit Evidence*, granted in part and deferred ruling in part until trial. Proposed statement of the case due by 10/14/2022. Bond Status of Defendant: Personal Recognizance – defendant's presence waived for this hearing. Defense Attorney: Brian W. Stolarz; US Attorneys: Michelle Parikh, Michelle Wasserman, Rebecca G. Ross; Court Reporter: Lisa |

| | | |
|---|---|---|
| | | Edwards. (hmc) (Entered: 09/23/2022) |
| 09/27/2022 | 43 | TRANSCRIPT OF MOTION HEARING in case as to JESSE R. BENTON before Judge Trevor N. McFadden held on September 23, 2022; Page Numbers: 1–78. Date of Issuance: September 27, 2022. Court Reporter/Transcriber Lisa Edwards. Telephone number (202) 354–3269. Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or pur chased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty–one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 10/18/2022. Redacted Transcript Deadline set for 10/28/2022. Release of Transcript Restriction set for 12/26/2022.(zlfe) (Entered: 09/27/2022) |
| 10/14/2022 | 44 | STATEMENT OF CASE by USA as to JESSE R. BENTON, ROY DOUGLAS WEAD (Parikh, Michelle) (Entered: 10/14/2022) |
| 10/14/2022 | 45 | Proposed Voir Dire by USA as to JESSE R. BENTON, ROY DOUGLAS WEAD (Parikh, Michelle) (Entered: 10/14/2022) |
| 10/14/2022 | 46 | Proposed Jury Instructions by USA as to JESSE R. BENTON, ROY DOUGLAS WEAD (Parikh, Michelle) (Entered: 10/14/2022) |
| 10/26/2022 | 47 | TRIAL BRIEF by USA as to JESSE R. BENTON, ROY DOUGLAS WEAD (Wasserman, Michelle) (Entered: 10/26/2022) |
| 10/27/2022 | 48 | RESPONSE by JESSE R. BENTON re 47 Trial Brief (Attachments: # 1 Exhibit)(Stolarz, Brian) (Entered: 10/27/2022) |
| 10/28/2022 | | Minute Entry for proceedings held before Judge Trevor N. McFadden: Pretrial Conference as to JESSE R. BENTON (1) held on 10/28/2022. Defendant's notice regarding excerpts due by 11/1/2022; Government's reply due by 11/6/2022. Bond Status of Defendant: Personal Recognizance. Defense Attorney: Brian W. Stolarz; US Attorneys: Michelle Parikh, Michelle Wasserman, Rebecca G. Ross; Court Reporter: Lisa Edwards. (hmc) (Entered: 10/28/2022) |
| 11/01/2022 | 50 | NOTICE of Proposed Co–Defendant's Statements for Admission by JESSE R. BENTON (Stolarz, Brian) (Entered: 11/01/2022) |
| 11/06/2022 | 51 | RESPONSE by USA as to JESSE R. BENTON re 50 Notice (Other) (Attachments: # 1 Exhibit)(Ross, Rebecca) (Entered: 11/06/2022) |
| 11/09/2022 | | Minute Entry for proceedings held before Judge Trevor N. McFadden: Jury Selection/Jury Trial as to JESSE R. BENTON (1) held on 11/9/2022 on Counts 1, 2, 3, 4–6. Defendant's request to admit FBI excerpts, denied. Jury selection began and concluded. Jury of 12 and 2 alternates selected and sworn. Jury Trial set for 11/10/2022 |

| | | |
|---|---|---|
| | | at 9:30 AM in Courtroom 2 before Judge Trevor N. McFadden. Bond Status of Defendant: Personal Recognizance. Defense Attorney: Brian W. Stolarz; US Attorneys: Michelle Parikh, Michelle Wasserman, Rebecca G. Ross; Court Reporter: Lisa Edwards. (hmc) (Entered: 11/09/2022) |
| 11/09/2022 | | MINUTE ORDER: The Court having impaneled the jury in this action, it is hereby ORDERED that during trial and deliberations all meals for said jury shall be paid by the Clerk of the Court for the U.S. District Court for the District of Columbia. Approved by Judge Trevor N. McFadden on 11/9/2022. (hmc) (Entered: 11/09/2022) |
| 11/10/2022 | 54 | MOTION for Leave to Appear Pro Hac Vice Stephanie Metherall Filing fee $ 100, receipt number ADCDC–9662873. Fee Status: Fee Paid. by JESSE R. BENTON. (Attachments: # 1 Declaration, # 2 Text of Proposed Order)(Stolarz, Brian) (Entered: 11/10/2022) |
| 11/10/2022 | | Minute Entry for proceedings held before Judge Trevor N. McFadden: Jury Trial as to JESSE R. BENTON (1) resumed and held on 11/10/2022 on Counts 1, 2, 3, 4–6. Same jury of 12 and 2 alternates. Jury Trial set for 11/14/2022 at 9:30 AM in Courtroom 2 before Judge Trevor N. McFadden. Bond Status of Defendant: Personal Recognizance. Defense Attorney: Brian W. Stolarz; US Attorneys: Michelle Parikh, Michelle Wasserman, Rebecca G. Ross; Court Reporters: AM: Lisa Edwards, PM: Maria Weinbeck. Government Witnesses: Sarah Robinson Burnett, Special Agent Erin Phan (testimony began and continued). (hmc) (Entered: 11/10/2022) |
| 11/14/2022 | | Minute Entry for proceedings held before Judge Trevor N. McFadden: Jury Trial as to JESSE R. BENTON (1) resumed and held on 11/14/2022 on Counts 1, 2, 3, 4–6. Same jury of 12 and 2 alternates. Defendant's motion for judgment of acquittal, heard and denied. Defendant's renewed motion for judgment of acquittal, heard and denied. Jury Trial set for 11/15/2022 at 9:30 AM in Courtroom 2 before Judge Trevor N. McFadden. Bond Status of Defendant: Personal Recognizance. Defense Attorney: Brian W. Stolarz; US Attorneys: Michelle Parikh, Michelle Wasserman, Rebecca G. Ross; Court Reporters: AM: Lisa Edwards, PM: Maria Weinbeck. Government witnesses: Special Agent Erin Phan (testimony resumed and concluded), Caitlin Franklin, Michael Hartsock; Defendant witnesses: Special Agent Erin Phan, David A. Warrington. (hmc) (Entered: 11/14/2022) |
| 11/14/2022 | 55 | Right to Testify by JESSE R. BENTON (1). (hmc) (Entered: 11/15/2022) |
| 11/14/2022 | 57 | EXHIBIT LIST by USA as to JESSE R. BENTON (1). (hmc) (Entered: 11/15/2022) |
| 11/14/2022 | 58 | EXHIBIT LIST by JESSE R. BENTON (1). (hmc) (Entered: 11/15/2022) |
| 11/14/2022 | 59 | ATTORNEYS' ACKNOWLEDGMENT OF TRIAL EXHIBITS as to JESSE R. BENTON (1). (hmc) (Entered: 11/15/2022) |
| 11/15/2022 | | Minute Entry for proceedings held before Judge Trevor N. McFadden: Jury Trial as to JESSE R. BENTON (1) resumed and concluded on 11/14/2022 on Counts 1, 2, 3, 4–6. Same jury of 12 and 2 alternates; 2 alternate jurors excused. Jury Deliberation set for 11/16/2022 at 9:30 AM in Courtroom 2 before Judge Trevor N. McFadden. Bond Status of Defendant: Personal Recognizance. Defense Attorney: Brian W. Stolarz; US Attorneys: Michelle Parikh, Michelle Wasserman, Rebecca G. Ross; Court Reporter: Lisa Edwards. (hmc) (Entered: 11/15/2022) |
| 11/15/2022 | 56 | Jury Instructions as to JESSE R. BENTON (1). (hmc) (Entered: 11/15/2022) |
| 11/16/2022 | 60 | |

| | | |
|---|---|---|
| | | SUPPLEMENT by JESSE R. BENTON re 54 MOTION for Leave to Appear Pro Hac Vice Stephanie Metherall Filing fee $ 100, receipt number ADCDC–9662873. Fee Status: Fee Paid. *Certificate of Good Standing* (Stolarz, Brian) (Entered: 11/16/2022) |
| 11/16/2022 | | MINUTE ORDER granting 54 Motion for Leave to Appear Pro Hac Vice. **Counsel should register for e–filing via PACER and file a notice of appearance pursuant to LCrR 44.5(a).** Click for instructions. SO ORDERED. Signed by Judge Trevor N. McFadden on 11/16/2022. (lctnm3) (Entered: 11/16/2022) |
| 11/16/2022 | | Minute Entry for proceedings held before Judge Trevor N. McFadden: Jury Deliberation as to JESSE R. BENTON (1) resumed and held on 11/16/2022 on Counts 1, 2, 3, 4–6. Same jury of 12. Jury Deliberation set for 11/17/2022 at 9:30 AM in Courtroom 2 before Judge Trevor N. McFadden. Bond Status of Defendant: Personal Recognizance. Defense Attorneys: Brian W. Stolarz, Stephanie Metherall; US Attorneys: Michelle Parikh, Michelle Wasserman, Rebecca G. Ross; Court Reporter: Lisa Edwards. (hmc) (Entered: 11/16/2022) |
| 11/17/2022 | | Minute Entry for proceedings held before Judge Trevor N. McFadden: Jury Deliberation as to JESSE R. BENTON (1) resumed and concluded on 11/17/2022 on Counts 1, 2, 3, 4–6, with the same 12 jurors. JURY VERDICT as to JESSE R. BENTON (1): Guilty on Counts 1, 2, 3, 4–6. Jury of 12 polled; Jury of 12 and 2 alternates discharged. Case referred to the Probation Office for a Presentence Investigation. Sentencing Memoranda due by 2/10/2023. Sentencing set for 2/17/2023 at 10:00 AM in Courtroom 2 before Judge Trevor N. McFadden. Bond Status of Defendant: Personal Recognizance. Defense Attorneys: Brian W. Stolarz, Stephanie Metherall; US Attorneys: Michelle Parikh, Michelle Wasserman, Rebecca G. Ross; Court Reporter: Lisa Edwards. (hmc) (Entered: 11/17/2022) |
| 11/17/2022 | 61 | VERDICT FORM as to JESSE R. BENTON (1). (hmc) (Entered: 11/17/2022) |
| 11/17/2022 | 62 | **Signature Page of Foreperson** as to JESSE R. BENTON in Jury Verdict. (Access to the PDF Document is restricted pursuant to the E–Government Act. Access is limited to Counsel of Record and the Court.) (zhmc) (Entered: 11/17/2022) |
| 11/28/2022 | 63 | NOTICE OF ATTORNEY APPEARANCE: Stephanie Metherall appearing for JESSE R. BENTON (Metherall, Stephanie) (Entered: 11/28/2022) |
| 12/01/2022 | 64 | MOTION for Acquittal , MOTION for New Trial by JESSE R. BENTON. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit)(Stolarz, Brian) (Entered: 12/01/2022) |
| 12/15/2022 | 65 | RESPONSE by USA as to JESSE R. BENTON re 64 MOTION for Acquittal MOTION for New Trial (Ross, Rebecca) (Entered: 12/15/2022) |
| 12/22/2022 | 66 | REPLY in Support by JESSE R. BENTON re 64 MOTION for Acquittal MOTION for New Trial (Stolarz, Brian) (Entered: 12/22/2022) |
| 01/27/2023 | 70 | MEMORANDUM ORDER as to JESSE R. BENTON (1) denying 64 Motion for Acquittal or a New Trial. See attached Order for details. Signed Judge Trevor N. McFadden on 1/27/2023. (lctnm3) (Entered: 01/27/2023) |
| 02/10/2023 | 73 | SENTENCING MEMORANDUM by USA as to JESSE R. BENTON, ROY DOUGLAS WEAD (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Wasserman, Michelle) (Entered: 02/10/2023) |

| 02/10/2023 | 74 | SENTENCING MEMORANDUM by JESSE R. BENTON (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Stolarz, Brian) (Entered: 02/10/2023) |
| 02/13/2023 | 75 | SUPPLEMENT by JESSE R. BENTON re 74 Sentencing Memorandum (Stolarz, Brian) (Entered: 02/13/2023) |
| 02/17/2023 |  | Minute Entry for proceedings held before Judge Trevor N. McFadden: Sentencing held on 2/17/2023 as to JESSE R. BENTON (1). Counts 1, 2, 3, 4, 5, 6: Defendant sentenced to a term of Eighteen (18) Months of Incarceration on each count, all terms to run concurrently, followed by a term of Twenty–Four (24) Months of Supervised Release on each count, all terms to run concurrently. Special Assessment of $100.00 imposed on each count, for a total assessment of $600.00. $10,000.00 Fine imposed. Defendant's motion for release pending appeal, denied. Bond Status of Defendant: Defendant remains on Personal Recognizance and permitted to self–surrender. Defense Attorneys: Brian W. Stolarz, Stephanie Metherall; US Attorneys: Michelle Parikh, Michelle Wasserman, Rebecca G. Ross; Probation Officer: Sherry Baker; Court Reporter: Lisa Edwards. (hmc) (Entered: 02/17/2023) |
| 02/17/2023 | 77 | JUDGMENT as to JESSE R. BENTON. Statement of Reasons Not Included. Signed by Judge Trevor N. McFadden on 2/17/2023. (zltp) (Entered: 02/17/2023) |
| 02/17/2023 | 78 | STATEMENT OF REASONS as to JESSE R. BENTON. re 77 Judgment Access to the PDF Document is restricted per Judicial Conference Policy. Access is limited to Counsel of Record and the Court. Signed by Judge Trevor N. McFadden on 2/17/2023. (zltp) (Entered: 02/17/2023) |
| 03/02/2023 | 79 | NOTICE OF APPEAL – Final Judgment by JESSE R. BENTON re 77 Judgment. Filing fee $ 505, receipt number ADCDC–9897496. Fee Status: Fee Paid. Parties have been notified. (Stolarz, Brian) (Entered: 03/02/2023) |

# United States District Court for the District of Columbia

UNITED STATES OF AMERICA   )
                           )
vs.                        )     Criminal No. __21-cr-569-1 (TNM)__
                           )
JESSE R. BENTON            )

## NOTICE OF APPEAL

Name and address of appellant:

Jesse R. Benton
59 South Crisp Morning Circle
Spring, Texas 77382

Name and address of appellant's attorney:

Brian W. Stolarz
Norton Rose Fulbright US LLP
799 9th Street NW
Suite 1000
Washington, DC 20001-4501

**Offense:**   Conspiracy; Contributions by Foreign Nationals and Aiding and Abetting; Contributions in the Name of Another and Aiding and Abetting; Causing False Records and Aiding and Abetting (x3).

Concise statement of judgment or order, giving date, and any sentence:

On February 17, 2023, Appellant was sentenced to imprisonment of eighteen (18) months, to run concurrently, for the convictions of the following counts: Count 1 - Conspiracy; Count 2 - Contributions by Foreign Nationals and Aiding and Abetting; Count 3 - Contributions in the Name of Another and Aiding and Abetting; and Counts 4, 5 & 6 - Causing False Records and Aiding and Abetting. Appellant was also sentenced to twenty-four (24) months of supervised release, to run concurrently, on Counts 1 through 6, upon his release from prison.

Name and institution where now confined, if not on bail:

I, the above named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgment.

__March 2, 2023__
DATE

_____
ATTORNEY FOR APPELLANT

GOVT. APPEAL, NO FEE      ☐
CJA, NO FEE
PAID USDC FEE            ☒
PAID USCA FEE

Does counsel wish to appear on appeal?                      YES ☐      NO ☒
Has counsel ordered transcripts?                            YES ☐      NO ☒
Is this appeal pursuant to the 1984 Sentencing Reform Act?  YES ☒      NO ☐

14

AO 245B (Rev. 09/19)   Judgment in a Criminal Case
Sheet 1

# UNITED STATES DISTRICT COURT
### District of Columbia

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| v. | |
| JESSE R. BENTON | Case Number:  21-cr-569-1 (TNM) |
| | USM Number:  15528-030 |
| | Brian W. Stolarz |
| | Defendant's Attorney |

## THE DEFENDANT:

☐ pleaded guilty to count(s) _____

☐ pleaded nolo contendere to count(s) _____
   which was accepted by the court.

☑ was found guilty on count(s)     1, 2, 3, 4-6 of the Indictment filed on 9/9/2021
   after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 USC § 371 | Conspiracy | 7/2017 | 1 |
| 52 USC § 30121 and | Contributions by Foreign Nationals and Aiding and Abetting | 7/2017 | 2 |
| § 30109(d)(1)(A)(i); 18 | | | |

   The defendant is sentenced as provided in pages 2 through ____8____ of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☐ Count(s) _____  ☐ is  ☐ are dismissed on the motion of the United States.

   It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

2/17/2023
Date of Imposition of Judgment

Signature of Judge

Trevor N. McFadden, U.S. District Judge
Name and Title of Judge

2/17/23
Date

AO 245B (Rev. 09/19)   Judgment in a Criminal Case
Sheet 1A

Judgment—Page ___2___ of ___8___

DEFENDANT:  JESSE R. BENTON
CASE NUMBER:  21-cr-569-1 (TNM)

## ADDITIONAL COUNTS OF CONVICTION

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| USC § 2 | | | |
| 52 USC § 30122 and § 30109(d)(1)(A)(i); 18 USC § 2 | Contributions in the Name of Another and Aiding and Abetting | 7/2017 | 3 |
| 18 USC § 1519 and § 2 | Causing False Records and Aiding and Abetting | 10/27/2016 | 4 |
| 18 USC § 1519 and § 2 | Causing False Records and Aiding and Abetting | 10/27/2016 | 5 |
| 18 USC § 1519 and § 2 | Causing False Records and Aiding and Abetting | 10/27/2016 | 6 |

AO 245B (Rev. 09/19) Judgment in Criminal Case
Sheet 2 — Imprisonment

| | Judgment — Page | 3 | of | 8 |
|---|---|---|---|---|

DEFENDANT:   JESSE R. BENTON
CASE NUMBER:   21-cr-569-1 (TNM)

## IMPRISONMENT

    The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of:
EIGHTEEN (18) MONTHS on Counts 1 through 6, to run concurrently.

☐  The court makes the following recommendations to the Bureau of Prisons:

☐  The defendant is remanded to the custody of the United States Marshal.

☐  The defendant shall surrender to the United States Marshal for this district:

    ☐  at _____ ☐ a.m. ☐ p.m.   on _____ .

    ☐  as notified by the United States Marshal.

☑  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐  before 2 p.m. on _____ .

    ☐  as notified by the United States Marshal.

    ☑  as notified by the Probation or Pretrial Services Office. - no earlier than June 1, 2023

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245B (Rev. 09/19)   Judgment in a Criminal Case
Sheet 3 — Supervised Release

Judgment—Page **4** of **8**

DEFENDANT:   JESSE R. BENTON
CASE NUMBER:   21-cr-569-1 (TNM)

## SUPERVISED RELEASE

Upon release from imprisonment, you will be on supervised release for a term of:

TWENTY-FOUR (24) MONTHS, on Counts 1 through 6, to run concurrently.

## MANDATORY CONDITIONS

1. You must not commit another federal, state or local crime.
2. You must not unlawfully possess a controlled substance.
3. You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.
   - ☑ The above drug testing condition is suspended, based on the court's determination that you pose a low risk of future substance abuse. *(check if applicable)*
4. ☐ You must make restitution in accordance with 18 U.S.C. §§ 3663 and 3663A or any other statute authorizing a sentence of restitution. *(check if applicable)*
5. ☑ You must cooperate in the collection of DNA as directed by the probation officer. *(check if applicable)*
6. ☐ You must comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C. § 20901, *et seq.*) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in the location where you reside, work, are a student, or were convicted of a qualifying offense. *(check if applicable)*
7. ☐ You must participate in an approved program for domestic violence. *(check if applicable)*

You must comply with the standard conditions that have been adopted by this court as well as with any other conditions on the attached page.

AO 245B (Rev. 09/19)   Judgment in a Criminal Case
Sheet 3A — Supervised Release

| | Judgment—Page | 5 | of | 8 |

DEFENDANT:  JESSE R. BENTON
CASE NUMBER:  21-cr-569-1 (TNM)

## STANDARD CONDITIONS OF SUPERVISION

As part of your supervised release, you must comply with the following standard conditions of supervision. These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court about, and bring about improvements in your conduct and condition.

1. You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of your release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame.
2. After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.
3. You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.
4. You must answer truthfully the questions asked by your probation officer.
5. You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
6. You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.
7. You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
8. You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.
9. If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.
10. You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).
11. You must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.
12. If the probation officer determines that you pose a risk to another person (including an organization), the probation officer may require you to notify the person about the risk and you must comply with that instruction. The probation officer may contact the person and confirm that you have notified the person about the risk.
13. You must follow the instructions of the probation officer related to the conditions of supervision.

## U.S. Probation Office Use Only

A U.S. probation officer has instructed me on the conditions specified by the court and has provided me with a written copy of this judgment containing these conditions. For further information regarding these conditions, see *Overview of Probation and Supervised Release Conditions*, available at: www.uscourts.gov.

Defendant's Signature  _____   Date  _____

AO 245B (Rev. 09/19) Judgment in a Criminal Case
Sheet 3D — Supervised Release

| | Judgment—Page | 6 | of | 8 |

DEFENDANT:  JESSE R. BENTON
CASE NUMBER:  21-cr-569-1 (TNM)

## SPECIAL CONDITIONS OF SUPERVISION

Financial Information Disclosure - You must provide the probation officer access to any requested financial information and authorize the release of any financial information. The probation office may share financial information with the United States Attorney's Office.

You are ordered to pay a fine in the amount of $10,000.

Financial Payment - You must pay the financial penalty in accordance with the Schedule of Payments sheet of the judgment. You must also notify the court of any changes in economic circumstances that might affect the ability to pay this financial penalty.

Financial Payment Schedule - You must pay the balance of any fine owed at a rate of no less than $200 each month, to commence 30 days after release from custody.

The financial obligations are immediately payable to the Clerk of the Court for the U.S. District Court, 333 Constitution Ave NW, Washington, DC 20001. Within 30 days of any change of address, you shall notify the Clerk of the Court of the change until such time as the financial obligation is paid in full.

The Probation Office shall release the presentence investigation report to all appropriate agencies, which includes the United States Probation Office in the approved district of residence, in order to execute the sentence of the Court. Treatment agencies shall return the presentence report to the probation office upon the Defendant's completion or termination from treatment.

AO 245B (Rev. 09/19) Judgment in a Criminal Case
Sheet 5 — Criminal Monetary Penalties

|  |  | Judgment — Page | 7 | of | 8 |

DEFENDANT: JESSE R. BENTON
CASE NUMBER: 21-cr-569-1 (TNM)

## CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

| | Assessment | Restitution | Fine | AVAA Assessment* | JVTA Assessment** |
|---|---|---|---|---|---|
| **TOTALS** | $ 600.00 | $ | $ 10,000.00 | $ | $ |

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss*** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
| | | | |

| | | | |
|---|---|---|---|
| **TOTALS** | $ 0.00 | $ 0.00 | |

☐ Restitution amount ordered pursuant to plea agreement  $ _____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

☐ the interest requirement is waived for the  ☐ fine  ☐ restitution.

☐ the interest requirement for the  ☐ fine  ☐ restitution is modified as follows:

\* Amy, Vicky, and Andy Child Pornography Victim Assistance Act of 2018, Pub. L. No. 115-299.
\** Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.
\*** Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B (Rev. 09/19)   Judgment in a Criminal Case
Sheet 6 — Schedule of Payments

Judgment — Page ___8___ of ___8___

DEFENDANT:   JESSE R. BENTON
CASE NUMBER:   21-cr-569-1 (TNM)

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

**A**   ☑   Lump sum payment of $ ___600.00___   due immediately, balance due

        ☐   not later than _____ , or
        ☑   in accordance with   ☐ C,   ☑ D,   ☐ E, or   ☐ F below; or

**B**   ☐   Payment to begin immediately (may be combined with   ☐ C,   ☐ D, or   ☐ F below); or

**C**   ☐   Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of
        _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

**D**   ☑   Payment in equal ___monthly___ (e.g., weekly, monthly, quarterly) installments of $ ___200.00___ ~~over a period of~~
        ------------ (e.g., months or years), to commence ___30 days___ (e.g., 30 or 60 days) after release from imprisonment to a
        term of supervision; or

**E**   ☐   Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after release from
        imprisonment.  The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

**F**   ☐   Special instructions regarding the payment of criminal monetary penalties:

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during the period of imprisonment.  All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐   Joint and Several

    Case Number
    Defendant and Co-Defendant Names                                Joint and Several           Corresponding Payee,
    *(including defendant number)*         Total Amount             Amount                if appropriate

☐   The defendant shall pay the cost of prosecution.

☐   The defendant shall pay the following court cost(s):

☐   The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) AVAA assessment, (5) fine principal, (6) fine interest, (7) community restitution, (8) JVTA assessment, (9) penalties, and (10) costs, including cost of prosecution and court costs.