# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

| | |
|---|---|
| **No. 23-3028** | **September Term, 2022** |
| | 1:21-cr-00569-TNM-1 |
| | **Filed On:** July 17, 2023 |

United States of America,

    Appellee

    v.

Jesse R. Benton,

    Appellant

    **BEFORE:** Katsas, Childs, and Pan, Circuit Judges

## O R D E R

Upon consideration of the motion for bail pending appeal, the opposition thereto, and the reply, it is

**ORDERED** that the motion be denied. Appellant has not shown that this appeal presents substantial questions of law or fact likely to result in reversal, an order for a new trial, a sentence that does not include a term of imprisonment, or a reduced sentence to a term of imprisonment less than the total of the time already served plus the expected duration of the appeal process. See 18 U.S.C. § 3143(b)(1)(B); United States v. Perholtz, 836 F.2d 554, 555 (D.C. Cir. 1987) (per curiam).

The Clerk is directed to enter a briefing schedule.

**Per Curiam**

        **FOR THE COURT:**
        Mark J. Langer, Clerk

    BY:   /s/
             Emily Campbell
             Deputy Clerk