No. 23-3028

# UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

UNITED STATES OF AMERICA,

        *Plaintiff-Appellee*,

v.

JESSE R. BENTON,

        *Defendant-Appellant.*

# DEFENDANT JESSE R. BENTON'S
# UNOPPOSED MOTION TO UTILIZE DEFERRED
# APPENDIX AND MODIFY SCHEDULING ORDER

Matthew D. McGill
  *Counsel of Record*
Nick Harper
M. Christian Talley
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
(202) 887-3680
mmcgill@gibsondunn.com

*Counsel for Defendant-Appellant Jesse R. Benton*

Defendant-Appellant Jesse R. Benton respectfully files this unopposed motion to utilize a deferred appendix under Federal Rule of Appellate Procedure 30(c)(1) and D.C. Circuit Rule 30(c), and to modify the Court's previously entered scheduling order requiring the appendix to be filed on September 15, 2023, Doc. 2008162, consistent with Federal Rule of Appellate Procedure 30(c)(1).

September 14, 2023

Respectfully submitted,

　/s/ Matthew D. McGill　
Matthew D. McGill
　*Counsel of Record*
Nick Harper
M. Christian Talley
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
(202) 887-3680
mmcgill@gibsondunn.com

# CERTIFICATE OF COMPLIANCE

Pursuant to Federal Rule of Appellate Procedure 32(g)(1), the undersigned certifies that this motion complies with the applicable typeface, type style, and type-volume limitations. This motion was prepared using a proportionally spaced type (New Century Schoolbook, 14 point). Exclusive of the portions exempted by Federal Rule of Appellate Procedure 32(f) and D.C. Circuit Rule 32(e)(1), this motion contains 55 words. This certificate was prepared in reliance on the word-count function of the word-processing system used to prepare this motion.

September 14, 2023

Respectfully submitted,

_/s/ Matthew D. McGill_
Matthew D. McGill
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
(202) 887-3680
mmcgill@gibsondunn.com

**CERTIFICATE OF SERVICE**

I hereby certify that, on September 14, 2023, I electronically filed the foregoing motion with the Clerk for the United States Court of Appeals for the District of Columbia Circuit using the appellate CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

| | |
|---|---|
| September 14, 2023 | Respectfully submitted, |
| | /s/ *Matthew D. McGill* |
| | Matthew D. McGill |
| | GIBSON, DUNN & CRUTCHER LLP |
| | 1050 Connecticut Avenue, N.W. |
| | Washington, D.C. 20036 |
| | (202) 887-3680 |
| | mmcgill@gibsondunn.com |