UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | COA Case No. 23-3028 |
| Appellee ) | |
| ) | LC No. 1:21-CR-00569-TNM-1 |
| v. ) | |
| JESSE R. BENTON, ) | |
| Appellant. ) | |

## ATTORNEY STATEMENT OF INTENTION

Undersigned counsel represented Appellant, Jesse R. Benton, in Appellant's criminal matter, Case #1:21-CR-00569-TNM-1, before the United States District Court in the District of Columbia. Pursuant to this Court's Order dated March 13, 2023, Counsel informs this Court that he will not provide representation of Appellant in the above-captioned appeal.

Dated: April 12, 2023                Respectfully submitted,

                        By: /s/ Brian W. Stolarz
                            Brian W. Stolarz (D.C. Bar No. 466160)
                            Norton Rose Fulbright US LLP
                            799 9th Street, NW, Suite 1000
                            Washington, DC 20001-4501
                            Telephone: (202) 662-0309
                            Facsimile: (202) 662-4643
                            Email: brian.stolarz@nortonrosefulbright.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that this document filed through the CM/ECF system on April 12, 2023, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

*/s/ Brian W. Stolarz*
Brian W. Stolarz
